Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.,
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants*
*Buzhukov Payroll LLC, Spiegelworld Buzhukov LLC,*
*and Spiegelworld Holding Company LLC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL W. HIGGINBOTHAM, individually And On Behalf Of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>BUZHUKOV PAYROLL LLC, SPIEGELWORLD BUZHUKOV LLC, and SPIEGELWORLD HOLDING COMPANY LLC,<br><br>             Defendants. | Case No.: 2:23-cv-00498-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Daniel W. Higginbotham ("Plaintiff") and Defendant Spiegelworld Holding Company LLC ("Defendant") [incorrectly identified as *Buzhukov Payroll LLC, Spiegelworld Buzhukov LLC, and Spiegelworld Holding Company LLC]*, by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due May 1, 2023 (21 days from service date of April 8, 2023 is April 29, 2023, a Saturday).  The parties request a twenty-eight (28) day extension of time up to and including May 29, 2023 in which to respond as Defense counsel has just been retained in this case.  This is the parties' first request for an extension of time.

/ / /

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2  DATED this 27th day of April, 2023.          DATED this 27th day of April, 2023.

3  KIND LAW                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Michael Kind*                              */s/ Anthony L. Martin*

Michael Kind                                    Anthony L. Martin
Nevada Bar No. 13903                            Nevada Bar No. 8177
8860 S. Maryland Parkway, Suite 106             10801 W. Charleston Blvd.,
Las Vegas, NV 89123                             Suite 500
                                                Las Vegas, NV 89135

*Attorneys for Plaintiff*

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 28, 2023

2